SW&PEB/USAO#2015R00269

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2017 MAY 15 PM 3: 32

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. GLR-17-0262 |
| v. | * |
| | * (Illegal Gratuities, |
| JOHN THEIS, | * 18 U.S.C. § 201(c)(1)(B); |
| | * Impersonation of Officer of the |
| Defendant | * United States, 18 U.S.C. § 912) |
| | * |

\*\*\*\*\*\*\*

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

In or about January 2015, in the District of Maryland, the defendant,

**JOHN THEIS,**

a public official, otherwise than as provided by law for the proper discharge of official duties, directly and indirectly did demand, seek, receive, accept, and agree to receive and accept something of value personally for and because of an official act performed and to be performed by such official; to wit, at a time when the Defendant was an Immigration Services Officer working for the Department of Homeland Security, United States Citizenship & Immigration Services (USCIS), the Defendant sought, received and accepted payment from Alien 1 to assist Alien 1 with Alien 1's green card application.

18 U.S.C. § 201(c)(1)(B)

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

Beginning in or about October 2015 and continuing through December 2016, in the District of Maryland and elsewhere, the defendant,

## JOHN THEIS,

did knowingly falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department, agency or officer thereof, and acted as such, and in such pretended character demanded and obtained any money, paper, document, and thing of value; to wit, the Defendant pretended to be an officer with the Department of Homeland Security, United States Citizenship & Immigration Services obtained money to assist aliens with the U.S. immigration process.

18 U.S.C. § 912

_____
Stephen M. Schenning
Acting United States Attorney

5/15/17
Date